UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF YUAN HSU,<br><br>          Petitioner. | Case No. 22-mc-80120-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

    Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Laurel Beeler for consideration of whether the case is related to *In re Ex Parte Application of Yuan Hsu*, 21-mc-80232-LB and/or *In re Ex Parte Application of Yuan Hsu*, 22-mc-80062-LB

**IT IS SO ORDERED.**

Dated: May 11, 2022

THOMAS S. HIXSON
United States Magistrate Judge