UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUAN HSU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, et al.,<br><br>　　　　　Defendants. | Case No.　23-mc-80159-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1-2 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Laurel Beeler for consideration of whether the case is related to the following cases:

- *In re Application of Yuan Hsu*, No. 21-mc-80232-LB;
- *In re Application of Yuan Hsu*, No. 22-mc-80120-LB;
- *Hsu v. Wells Fargo Bank, National Association*, No. 22-mc-80062-LB.

**IT IS SO ORDERED.**

Dated:　6/21/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge